## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TUNG NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-391-D |
| | ) | |
| MR. F. FIGUEROA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER REFERRING MATTER TO
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation [Doc. No. 6] issued by United States Magistrate Judge Suzanne Mitchell, recommending the dismissal of Petitioner's habeas action due to his failure to pay the filing fee or seek leave to proceed *in forma pauperis*. Thereafter, Petitioner remitted the $5.00 filing fee [Doc. No. 8] and filed a motion to proceed *in forma pauperis* [Doc. No. 7].

In light of Petitioner's payment, and in accordance with 28 U.S.C. § 636, this matter is **RE-REFERRED** to United States Magistrate Judge Suzanne Mitchell for further proceedings consistent with the initial case referral [Doc. No. 3]. Because Petitioner has paid the filing fee, his motion to proceed *in forma pauperis* [Doc No. 7] is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 22nd  day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge