**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

TUNG NGUYEN,                           )
                                       )
    Petitioner,                        )
                                       )
v.                                     )          Case No. CIV-26-391-D
                                       )
MR. F. FIGUEROA,                       )
                                       )
    Respondent.                        )

## ORDER

Petitioner Tung Nguyen filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

On May 12, 2026, Judge Mitchell issued a Report and Recommendation [Doc. No. 10], in which she recommends that the Court dismiss Petitioner's habeas petition. In her report, Judge Mitchell concludes that Petitioner has failed to meet the habeas pleading requirements, noting that "[t]he only information Petitioner provides to the Court is that he is currently detained at the Diamondback Correctional Facility, is in federal custody, and is being held on an immigration charge." [Doc. No. 10, at 3]. Judge Mitchell further recommends that the Court allow Petitioner the opportunity to amend his petition.

In her report, Judge Mitchell notified Petitioner of his right to file an objection to the report on or before June 2, 2026, and that the failure to object waives Petitioner's right

1

to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 10] in its entirety.

For the reasons stated therein, Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED**, but with leave to file an amended petition.

**IT IS FURTHER ORDERED** that Petitioner may amend his petition on or before June 17, 2026. In preparing an amendment, Petitioner should note the guidelines provided by Judge Mitchell in Section II of her report. Should Petitioner fail to timely amend his petition, this action will be dismissed without prejudice.

The Clerk is directed to send to Petitioner the Court's form for habeas petitions.

**IT IS SO ORDERED** this 3rd day of June, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2